UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISON

**Case No. 23-22421-CIV-MARTINEZ/Sanchez**

ISHAVION SINGLETON as mother
and next friend of K.S., a minor,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

**MEDIATION REPORT**

    Robert Kirk, Esq. the undersigned Florida Supreme Court Circuit Civil Certified Mediator reports to this Honorable Court as follows:

A.     Mediation was held by video conference on May 23, 2024 @ 1:30 pm.:

       **X**   An agreement was reached.

       __   No agreement was reached, impasse declared.

       __   The parties consented to the adjournment of the mediation.

       __   Other:

B.     All required parties participated.

## CERTIFICATE OF SERVICE

THE UNDERSIGNED MEDIATOR HEREBY CERTIFIES that on the 24th day of May 2024, I electronically filed with the Clerk of this Court using CM/ECF this Mediation Report and also to all counsel of record on the attached Service List in the manner specified pursuant to CM/ECF Administrative Procedure.

   /s/ Robert Kirk
ROBERT KIRK, ESQ.
Florida Bar No.: 0607339
J.Robert Kirk, P.A.
117 Santander Avenue
Coral Gables, Florida 33134
(C) 305-793-6498
robert.kirk@comcast.net

## SERVICE LIST

Peter G. Walsh, Esq.
David W. Singer & Associates, P.A.
1011 South Federal Hwy
Hollywood, FL 33020
Telephone: (954) 920-1571
pwalsh@1800askfree.com
Attorneys for Plaintiff

Michael J. Drahos
Florida Bar No. 0617059
michael.drahos@gray-robinson.com
W. Cooper Jarnagin
Florida Bar No. 117767
cooper.jarnagin@gray-robinson.com
Ashley Genoese
Florida Bar No. 1019357
ashley.genoese@gray-robinson.com
GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747
Attorneys for Defendant